IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TERRENCE LAMAR WILBURN,** | Case No. 2:24-cv-00500-WBS-AC |
| Petitioner, | [~~PROPOSED~~] ORDER |
| v. | |
| **JEFF MACOMBER,** | |
| Respondent. | |

Considering Respondent's request, and good cause appearing, Respondent shall have an additional 30 days, to and including August 22, 2024, to file a response to the petition for writ of habeas corpus.

Dated:  August 6, 2024

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE